IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE ADAM RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 15-cv-00897-JPG-PMF |
| LORAL KRANK, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 40) of Magistrate Judge Philip M. Frazier with regard to Defendant Loral Krank's Motion (Doc. 26) for Summary Judgment. There were no objections filed with regard to the R & R and the time for doing so has expired.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 40) and **DENIES** Defendant Loral Krank's Motion (Doc. 26) for Summary Judgment.

**IT IS SO ORDERED.**

**DATED:**  7/28/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**